# In the United States Court of Federal Claims

No. 16-688C
Filed: October 13, 2020

**MICHAEL HORVATH,**

    *Plaintiff*,

v.

**UNITED STATES,**

    *Defendant*.

## ORDER

Pursuant to the Joint Status Report (ECF 77) submitted by the parties on October 9, 2020, the Clerk is directed to enter final judgment for the plaintiff, Michael Horvath, in the amount of $3,419.81 in full satisfaction of the plaintiff's claim.  Upon entry of the final judgment, the Clerk is directed to close the case.

It is so **ORDERED.**

                                                    s/ Richard A, Hertling
                                                  **Richard A. Hertling**
                                                  **Judge**